United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 21, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-30392
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUDY B. ALLBRITTON,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:03-CR-10025-1
--------------------

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Judy B. Allbritton was convicted after a jury trial on four counts of making false entries in a bank book, in violation of 18 U.S.C. § 1005, and four counts of misapplication of monies, in violation of 18 U.S.C. § 656. Allbritton did not file a timely notice of appeal. Instead, she filed several post-judgment motions seeking extensions of time to file a notice of appeal, reconsideration of the district court's denial of an extension of time, and an out-of-time appeal. The district court denied each of Allbritton's post-judgment motions. She then filed a notice

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

of appeal purporting to appeal from the district court's orders but has not briefed the denial of her motions. Allbritton's notice of appeal was not timely as to any of the district court's orders. The appeal is therefore dismissed for failure to comply with the rule requiring a timely notice of appeal. <u>See</u> <u>Burnley v. City of San Antonio</u>, 470 F.3d 189, 192 n.1 (5th Cir. 2006); FED. R. APP. P. 4(b)(1)(A)(i).

APPEAL DISMISSED.